**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-62560-CIV-SMITH/VALLE**

JULIAN A. PARKES,

      Plaintiff,

v.

MAXIM HEALTHCARE
SERVICES, INC.,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation to District Judge [DE 27], in which the Magistrate Judge recommends granting the parties' Renewed Motion for Approval of Parties' Settlement and Dismissal with Prejudice [DE 26]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is

      **ORDERED** that:

1. The Report and Recommendation [DE 27] is **AFFIRMED** and **ADOPTED**.

2. The Renewed Motion for Approval of Parties' Settlement and Dismissal with Prejudice [DE 26] is **GRANTED**.

3. The parties' Settlement Agreement [DE 24-1] is **APPROVED**.

4. The case is **DISMISSED with prejudice**.

5. This case is **CLOSED**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida on this 22nd day of December, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record